UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

SHANE L. HILL                                   CIVIL ACTION NO. 15-2178
    LA. DOC #126168                      SECTION P

VERSUS                                          JUDGE ROBERT G. JAMES

RAY HANSON,  ET AL.                             MAGISTRATE JUDGE KAREN L. HAYES

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915 and §1915A; and,

**IT IS FURTHER ORDERED** that Plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile said claims in the courts of Louisiana.

**The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**MONROE, LOUISIANA,** this 15th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE